An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

EARNEST PHILLIPS A/K/A ERNEST PHILLIPS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66471

**FILED**

SEP 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to disqualify judge. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to disqualify judge, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

14-31801

cc: Hon. Jennifer P. Togliatti, District Judge
Earnest Phillips
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk